Larry W. Barger
P.O. Box 52041
Idaho Falls, Idaho 83405-2041
(208) 589-8737
Plaintiff, Pro Se

U.S. COURTS

AUG 14 2008

Rcvd_____ Filed N Time 10:45AM
CAMERON S. BURKE
CLERK, DISTRICT OF IDAHO

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LARRY W. BARGER,<br><br>        Plaintiff<br><br>vs.<br><br>BECHTEL BWXT IDAHO, LLC,<br>CH2M-WG IDAHO, LLC,<br>JOHN D. EDELMAYER and<br>BERNADINE C. SIKORSKI,<br><br>        Defendants | Case No. CIV 07-00256-E-BLW<br><br>**MOTION IN OPPOSITION OF**<br>**DEFENDANTS' MOTION FOR**<br>**SUMMARY JUDGMENT** |

COME NOW plaintiff, Larry W. Barger, pursuant to Rule 56 of the Federal Rules of Civil Procedure, move this Court for an order denying defendants' summary judgment. This motion is made on the ground that genuine issue of material facts exists upon which liability can be found against defendants, and that this case should not be dismissed as a matter of law.

This motion is supported by the Response to the Motion for Summary Judgment, Affidavits' of Larry W. Barger and Separate Statement of Disputed Material Facts in Support of Plaintiffs' Response.

DATE this 14 day of August, 2008.

By: _____
Larry W. Barger
Plaintiff, Pro Se

## CERTIFICATE OF SERVICE

I, Larry W. Barger, hereby certify that on the 14 day of August, 2008, a true and correct copy of **RESPONSE TO THE MOTION FOR SUMMARY JUDGMENT FILED ON JULY 24, 2008** in Civil Case No. CIV 07-00256-E-BLW was served, by US mail, upon the following:

Jeffrey R. Townsend, of the firm,
HALL, FARLEY, OBERRECHT & BLANTON, P.A.
702 West Idaho, Suite 700
Post Office Box 1271
Boise, Idaho 83701

_____
Larry W. Barger
Plaintiff, Pro Se
P.O. Box 52041
Idaho Falls, Idaho
83405-2041

**MOTION IN OPPOSITION OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT- 2**