U.S. COURTS

AUG 1 4 2008

Rcvd_____Filed  N  Time 10:45 AM
CAMERON S. BURKE
CLERK, DISTRICT OF IDAHO

# EXHIBIT A



04- 4320

*Performance* + *Award*

*Instant Recognition*

*Presented To*

# Larry Barger

*In recognition for operations preparations, finalization of construction, and startup of the Accelerated Retrieval Project*

**Idaho Completion Project**

Manager

331.01
11/21/2001
Rev. 06

## ANNUAL REVIEW

UFC: 2153

## OFFICIAL USE ONLY

Contains information which may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552), exemption 6.
Approval by the Department of Energy prior to public release is required.  Reviewed by K. C. Gerard.

Employee Name:   Larry W. Barger                     S-Number: 52084       Review Period:   01/01/01   To   12/31/01

Work Org. No.:   5243     Home Org. No.:   7621     Job Title: Radiological Control Foreman            Salary Grade:   7

Evaluator:   M.K.Branter

## SECTION 1 – TO BE COMPLETED BY THE EMPLOYEE

**Summary of Accomplishments**  *(Summarize your accomplishments vs. goals/objectives over the last year.)*

Provided technical and aministrative direction to the RadCon techs under my direction to ensure total compliance to 10CFR835,INEEL RCM,radiological and company procedure requirements.
Actively supported employee safety values,VPP and the ALARA programs and promoted a injury and illness free work environment.
Completed all required training for the RadCon techs under my direction and myself to maintain required company training and qualifications.
Completed all audit and/or ICARE finds associated with INTEC fuel handling areas and RWMC in a timely manner with no outstanding year-end items.
Coordinated RadCon activities to ensure that milestones and work activities associated with INTEC SNF fuel movements, INTEC Waste Storage areas, WROC areas and RWMC 3100 M drum movements were met.
-Received and unloaded all scheduled Navy, FRR and site facilities fuel movements.
-Received and completed milestone of unloading  all remaining TMI shipments from TAN.
-Routine monthly and quarterly TMI HSM surveillance requirements.
-Removal of empty fuel racks from INTEC 603 south basin.
-EUSU electrical up-grades in INTEC 603.
-VCO sampling activities at INTEC 603 associated with D & D activities.
-Segregation and sampling activities associated with INTEC Radioactive waste storage areas.
-Shipment, receipt and storage of radioactive waste at INTEC Radioactive waste storage areas.
-Shipment of radioactive waste drums to WIPP to met 3100 M milestone at RWMC/SWEPP.
-Receipt and storage of radioactive waste from on-site facilities in the RWMC SDA.

**Strengths**  *(Describe your strengths and how they have contributed to the current assignment.)*

I am currently the Acting Rad-Con Manager at RWMC and WROC.I have a broad knowledge and technical competence to ensure total compliance of radiological, safety and environmental company requirements.
I effectively prioritize work and job assignments to meet all customer needs and company milestones.
I actively promote a positive "can do" attitude with my co-workers to encourage teamwork.
I possess good judgement and decision making skills to effectively complete assigned work, customer needs and company milestones.

**Development Needs and Actions**  *(Identify areas needing improvement and appropriate development actions.)*

Continue to identify and become more familiar with company and regulatory requirements associated with management responsibilities.
Continue to establish clear objectives for personnel under my direction and encourage a "continuous improvement" attitude to foster a team environment.

**Job/Career Interests**  *(Your long-term career interests and goals.  Details.)*

Career opportunities in Radiological Control Management and/or Radiological Emergency Preparedness.
Continue to maintain proficiency and development in the field of Radiological Control.

**Performance Goals/Objectives**  *(As agreed upon with supervisor for next 12 months including ES&H and Security Personal Action Plans.)*

1. Improve communications skills.
2. Attend all scheduled training and/or seminars. Ensure all personnel working under my direction meet and maintain all company required training and qualifications.
3. Participate in a move effective RC SA program that integrates facility and site level elements.

**HFOB 435**

331.01
11/21/2001
Rev. 06

**ANNUAL REVIEW**

UFC: 2153

Employee Name:   Larry W. Barger             S-Number: 52084   Review Period:   01/01/01   To   12/31/01

Work Org. No.:   5243   Home Org. No.:   7621   Job Title: Radiological Control Foreman             Salary Grade:   7

Evaluator:   M.K.Branter

> 4. Identify and help to reduce/eliminate facility specific RC procedure governing processes conduted at multiple facilities.
> 5. Support effective RCT resources use to meet mission commitments at both the site and facility levels. Provide radiological support for meeting all D.O.E and N.R.C fuel and waste shipment milestones and customer needs.
> 6. Employ ISMS to eliminate subordinate injury and LWDC as a result of poor work planning and controls. Actively support employee safety values, VPP and the ALARA programs. Promote a injury and illness free work environment.
> 7. Maintain Positive control of all Rad-Con Documents which contain a persons social security number.
> 8. Effectively support facility and INEEL line-management in meeting goals and completing mission work. Properly prioritize support activities, support effective RCT resource use to meet both facility and site mission commitments.
> 9. Ensure RadCon technicians understand RadCon Mission statement and requirements to; (a)provide workplace radiological characterization, (b)enforce standards based controls and (c)provide effective oversight for all radiological work at assigned facility.
> 10. Effectively communicate with facility personnel and the RC home organization to ensure functional area and program issues are reported accurately and in a timely manner.
> 11. Support revaluations of processes to identify cumbersome and self-imposed requirements such that cost that exceed benefit or are not necessary are reduced. Reduce facility use of unecessary RAMs, CAMS, PCMs, TLDs and numbers of routine surveys that are not driven by requirements or clear best management practices.

## SECTION 2 - TO BE COMPLETED BY THE EVALUATOR

Information should be solicited from other sources as appropriate (matrix managers, prior managers if transferred during the reporting period, etc.)

Have discussions been held?  If Not Applicable, check NA.   x Yes   ☐ No   ☐ NA

List Those Contacted:   R. Sayer

R. T. Martin

**Performance Summary on Goals and Objectives and Trend** *(Summarize your view of employee's accomplishments vs. goals/objectives over the past year and comment on performance trend during this period including ES&H Personal Action Goals.)*

Larry is doing an exemplary job as the acting Facility Rad-Con Manager at RWMC. He was selected for this assignment based on his performance and standing as top RC foreman.

Larry completed all of his goals and objectives for the performance period at INTEC. SNF operations commended him on his dedication to assuring their work was completed on time and within budget. The acting RWMC ES&H manager commended Larry on his ability to step into the RWMC facility as the acting facility Rad-Con manager and make a seamless transition.

**Strengths**  *(Describe employee's strengths and how they have contributed to the current assignment.)*

Larry is a very detail orientated person. He has very good technical knowledge in the Rad-Con discipline. He is a good problem solver. He works well with people and he is able to motivate people in their jobs.
Larry understands how to prioritize his work and how to budget his time.

**Actions for Performance Enhancement**  *(Identify specific areas needing improvement and development actions you feel would enhance the employee's current or future performance.)*

Continue to take leadership and management courses. Consider working toward NRRPT certification.

**Job/Career Recommendations**  *(Activities/Actions necessary to support job/career interest: Describe activities or details that support long-term career, goals and interests. Discuss your view of employee's potential and career path.)*

Larry is an excellent Rad-Con Foreman, experience in management and advanced course of study will prepare him for an increased leadership role in the Rad-Con Organization.

HFOB 436

331.01
11/21/2001
Rev. 06

# ANNUAL REVIEW

UFC: 2153

Employee Name: __Larry W. Barger__    S-Number: __52084__    Review Period: __01/01/01__ To __12/31/01__

Work Org. No.: __5243__    Home Org. No.: __7621__    Job Title: __Radiological Control Foreman__    Salary Grade: __7__

Evaluator: __M.K.Branter__

## Annual Review Evaluation (Outstanding, Excellent, Good, Unacceptable)

| O | E | O | O | E | E | O | O | O | O |
|---|---|---|---|---|---|---|---|---|---|
| Safety & Health | Organizational Citizenship | Accountability | Quality of Work | Communication | Teamwork | Initiative | Leadership | Diversity *(Management Only)* | Overall Rating |

Reviewing Manager Initials
Indicate Pre-Appraisal Review

☐ Employee Development Plan Needed

Employee Comments:

_Employee Signature_    __7/26/02__ / Date

M. K. Branter
Evaluator
Print/Typed Name

_Evaluator Signature_    __1/24/02__ / Date Prepared    __2/26/02__ / Date Discussed With Employee

Robert French
Reviewing Manager
Print/Typed Name

_Reviewing Manager Signature_    __2/26/02__ / Date

331.01
12/9/2002
Rev. 07

ANNUAL REVIEW

UFC: 215:

## OFFICIAL USE ONLY

Contains information which may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552), exemption 6.
Approval by the Department of Energy prior to public release is required. Reviewed by K. C. Gerard.

Employee Name:   Larry W. Barger                    S-Number: 052084   Review Period:   01/01/02   To   12/31/02

Work Org. No.:   5B40   Home Org. No.:   7600   Job Title: Radiological Control Manager            Salary Grade:   9

Evaluator:   Randy Sayer/John Edelmayer

## SECTION 1 -- TO BE COMPLETED BY THE EMPLOYEE

**Summary of Accomplishments**  *(Summarize your accomplishments vs. goals/objectives over the last year.)*

Provided technical and administrative direction to the RWMC/WROC RCT foremen and technicians under my direction to ensure total compliance to 10CFR 835, the INEEL Radiological Control manual and all associated company procedure and policy requirements.
Actively supported employee safety values, VPP and the ALARA programs and promoted an injury and illness free work environment.
Completed all required training for RadCon personnel under my direction and myself to maintain required company training and qualifications.
Completed all FEB, self assessment and ICARE finds associated with RWMC and WROC facilities in a timely manner with no outstanding year-end items.
Coordinated all Radiological Control activities at RWMC and the WROC facility including the following highlighted project milestones:
-Completed 3100 m3 waste shipment to WIPP projected with no significant Radiological Control issues.
-Receipt and storage of radioactive waste from on-site facilities in the RWMC SDA LLW Pit and the WROC facilities.
-Completed Liquid Absorption Addition project to help met 3100 m3 project milestone
-Recovery of damaged TRUPACT shipments from WIPP
-Recovery of TRA waste boxes from RWMC SDA Bulk Waste Disposal Pit.
-Completed all required waste segregation activities at the WROC facility.
-Completed removal of all remaining stored radioactive waste at the WROC MWSF facility.
-Turnover of existing RWMC buildings/facilities to BNFL.
-Radiological support to met Environmental (LTS) Restoration project milestones.

**Strengths**  *(Describe your strengths and how they have contributed to the current assignment.)*

I have recently been promoted to the position of Radiological Control Manager at the RWMC and WROC facilities. I have a broad knowledge and the technical competence to ensure total compliance of the radiological, safety and environmental company requirements and policies.
I actively promote a positive "can do" attitude with RadCon personnel under my direction to encourage a team atmosphere.
I possess good judgement and decision making skills to effectively complete assigned work, customer needs and all company milestones.

**Development Needs and Actions**  *(Identify areas needing improvement and appropriate development actions.)*

Continue to identify and become more familiar with company and regulatory requirements, union issues and ICARE system associated with management responsibilities.
Continue to establish clear objectives for personnel under my direction and encourage a "continuous improvement" attitude to foster a team environment.

**Job/Career Interests**  *(Your long-term career interests and goals. Details.)*

Career opportunities in Radiological Control Management and/or Radiological Emergency Preparedness.
Continue to maintain proficiency and development in the field of Radiological Control.

**Performance Goals/Objectives**  *(As agreed upon with supervisor for next 12 months including ES&H and Security Personal Action Plans.)*

Actively participate in and support the INEEL Integrated Safeguards and Security Management (ISSM) program.
Actively promote increased awareness and effective implementation of security requirements through management leadership and employee involvement and accountability.
Provide Ethic training to al employee under my direction.
Visibly demonstrate safety leadership and continue to demonstrate sustained commitment to BBWI's "Zero Accidents" policy and

331.01
12/9/2002
Rev. 07

# ANNUAL REVIEW

UFC: 215:

Employee Name: __Larry W. Barger__     S-Number: __052084__   Review Period: __01/01/02__   To   __12/31/02__

Work Org. No.: __5B40__   Home Org. No.: __7600__   Job Title: __Radiological Control Manager__   Salary Grade: __9__

Evaluator: __Randy Sayer/John Edelmayer__

support the safety program through personal safe behavior/work practices.
 Participate in timely injury/illness reporting and completion of individual Accident/Incident report form 231.01 in accordance with MCP-49, Accident Reporting and Follow-up.
 Attend union and management Labor Management meetings and follow all union contract requirements.
 Practice safe behavior in accordance with the quarterly focused observations.
 Recognize/acknowledge employees who make significant contributions to the safety, health and radiological programs.

## SECTION 2 - TO BE COMPLETED BY THE EVALUATOR

Information should be solicited from other sources as appropriate (matrix managers, prior managers if transferred during the reporting period, etc.)

Have discussions been held?  If Not Applicable, check NA.   ☒ Yes   ☐ No   ☐ NA

List Those Contacted:  __R. D. Sayer__

__Al Millhouse__

__Jack Williams__

**Performance Summary on Goals and Objectives and Trend**  *(Summarize your view of employee's accomplishments vs. goals/objectives over the past year and comment on performance trend during this period including ES&H Personal Action Goals.)*

Larry has met his goals for 2002. Larry is very proactive and works hard to accomplish all goals.  He also makes sure that all ICare and other commitments are accomplished in a timely manner.  Larry had worked hard to make sure that RADCON meets there commitments and is deemed as a team player.

**Strengths**  *(Describe employee's strengths and how they have contributed to the current assignment.)*

Larry has good people skills; he is respected by management and workers.  Larry has a good work ethic and is dedicated to accomplishing all assigned tasks prior to the due date.  Larry is responsible, he doesn't try and pass the questions or responsibility onto others but accepts it and makes decisions.

**Actions for Performance Enhancement**  *(Identify specific areas needing improvement and development actions you feel would enhance the employee's current or future performance.)*

Larry needs to better understand the politics of situations.  This should be accomplished just by being in his present position and by providing opportunities to interface with upper management and DOE.
Larry should broaden his expertise basis by looking into and better understanding other safety disciplines and their requirements. This should especially include environmental, rules and regulations.
Larry should place emphasis on listening for others to finish making their point before interrupting.  He also needs to ensure that both facility management and the home org are kept abreast of events and issues involving radiological controls.

**Job/Career Recommendations**  *(Activities/Actions necessary to support job/career interest:  Describe activities or details that support long-term career, goals and interests.  Discuss your view of employee's potential and career path.)*

Larry has an excellent radiological background and understanding of radiological requirements.  To continue to progress in this field he should look at getting a degree or other nationally recognized certifications.

**Annual Review Evaluation (Outstanding, Excellent, Good, Unacceptable)**

| G | E | E | O | E | E | O | O | O | O |
|---|---|---|---|---|---|---|---|---|---|
| Safety, Health, & Security | Organizational Citizenship | Accountability | Quality of Work | Communication | Teamwork | Initiative | Leadership | Diversity *(Management Only)* | Overall Rating |

331.01
12/9/2002
Rev. 07

# ANNUAL REVIEW

UFC: 2153

Employee Name: ___Larry W. Barger___   S-Number: __052084__   Review Period: __01/01/02__ To __12/31/02__

Work Org. No.: __5B40__   Home Org. No.: __7600__   Job Title: _Radiological Control Manager_   Salary Grade: __9__

Evaluator: ___Randy Sayer/John Edelmayer___

| | Reviewing Manager Initials<br>Indicate Pre-Appraisal Review | | Employee Development Plan Neede |
|---|---|---|---|

Employee Comments:

_[signature]_ _____   __3/5/03__
Employee                        Date
Signature

__RANDY D. SAYER__   _[signature]_   __11 /03__   __3/5/03__
Evaluator              Evaluator        Date        Date Discussed
Print/Typed Name       Signature        Prepared    With Employee

__J.D. Edelmayer__   _[signature]_   __3/5/03__
Reviewing Manager      Reviewing Manager   Date
Print/Typed Name       Signature

33T:01
08/28/2003
Rev. 08

**ANNUAL REVIEW**

UFC: 2153

**OFFICIAL USE ONLY**

Contains information which may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552), exemption 6.
Approval by the Department of Energy prior to public release is required.  Reviewed by K. C. Gerard.

**NOTE**
You must click rather than tab to some input areas as you complete this form.
The employee data below will automatically populate successive pages when printed.

| | | | | | |
|---|---|---|---|---|---|
| Employee Name: | Larry W. Barger | S-Number: | 052084 | Review Period: 01/01/03 | To: 12/31/03 |

Work Org. No.: 3F75    Home Org. No.: 7600    Job Title: Radiological Control Manager    Salary Grade: 9

Evaluator: Randy Sayer/ John Edelmayer

## SECTION 1 – TO BE COMPLETED BY THE EMPLOYEE

**Summary of Accomplishments** *(Summarize your accomplishments vs. goals/objectives over the last year.)*

    Provided technical and administrative direction to the RWMC/GEM RCT Foremen and technicians under my direction to ensure total compliance to 10CFR835, INEEL Radiological Control manual and all associated company procedure and policy requirements.

    Actively supported employee safety values,  VPP and the ALARA programs and promoted an injury and illness free work environment.

    Completed all required training for RadCon personnel under my direction and myself to maintain required company and department qualifications.

    Completed all FEB,MSA/ORR,ICARE and Self-assessment findings associated with RWMC and the GEM project facilities in a timely manner with no outstanding year-end items.

    Coordinated all Radiological Control activities at RWMC and GEM Project including the following highlight milestones:

- GEM Project start-up and MSA/ORR assessments.
- Receipt and storage of radioactive waste from on-site facilities in the RWMC SDA LLW Pit (Including the recovery of fallen waste container from stack).
- Construction of new 55 Ton Cask vaults in SDA Pit.
- D&D&D of OCVZ A and B units in the SDA.
- Video inspections of ILTSF waste containers stored in vaults.
- Turnover of existing  RWMC buildings/facilities to BNFL.
- Radiological support to met Environmental (LTS) Restoration project milestones.

**Strengths** *(Describe your strengths and how they have contributed to the current assignment.)*

    I possess good judgment and decision making skills to effectively complete assigned work, customer needs and all company milestones.

    I have a broad knowledge and the technical competence to ensure total compliance of the radiological, safety and environmental company requirements and policies.

    I actively promote a positive "can do" attitude with RadCon personnel under my direction to encourage a team atmosphere.

    I am very proactive and I strive to keep open communications with personnel under my direction and to my immediate management.

**Development Needs and Actions** *(Identify areas needing improvement and appropriate development actions.)*

    I need to continue to identify and become more familiar with company and regulatory requirements, union issues and the ICARE system to better improve my management skills.

    I need to continue to establish clear objectives for personnel under my direction and encourage a "Continuous Improvement" Attitude to help foster a team environment.

    I need to continue to keep open communications with my direct management, customers and personnel under my direction.

    I need to continue to understand the politics of situations and continue to be proactive in accomplishing company milestones.

**Job/Career Interests** *(Your long-term career interests and goals.  Details.)*

    Career opportunities in Radiological Control Management and/or Radiological Emergency Preparedness.

    Continue to maintain proficiency and development in the field of Radiological Control.

331.01
08/28/2003
Rev. 08

**ANNUAL REVIEW**

UFC: 215

**OFFICIAL USE ONLY**

Contains information which may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552), exemption 6.
Approval by the Department of Energy prior to public release is required. Reviewed by K. C. Gerard.

Employee Name:  Larry W. Barger          S-Number: 052084    Review Period:  01/01/03  To:  12/31/03

Work Org. No.:  3F75    Home Org No.:  7600    Job Title:  Radiological Control Manager      Salary Grade:  9

Evaluator:  Randy Sayer/ John Edelmayer

---

**Performance Goals/Objectives**  *(As agreed upon with supervisor for next 12 months including Safety & Health and Security Personal Goals & Action Plan, Form 331.07.)*

 Actively participate in and support the INEEL Integrated Safeguards and Security Management (ISSM) program.
 Actively promote increased awareness and effective implementation of the security requirements through management leadership and employee involvement and accountability.
 Support and provide Ethic training to all employees under my direction.
 Visibly demonstrate safety leadership and continue to demonstrate sustained commitment to BBWI's "Zero Accidents" policy and support the safety program through personal safe behavior and worker involvement.
 Participate in timely injury/illness reporting and completion of Individual Accident/Incident reports, form 231.01 in accordance with MCP-49, Accident Reporting and Follow-up.
 Attend Union and Management Labor meetings and follow all Union contract requirements.
 Recognize/acknowledge employees who make significant contributions to the Safety, Health and Radiological programs.

## SECTION 2 - TO BE COMPLETED BY THE EVALUATOR

Information should be solicited from other sources as appropriate (matrix managers, prior managers if transferred during the reporting period, etc.)

Have discussions been held?  If Not Applicable, check NA.          ☒ Yes   ☐ No   ☐ NA

List Those Contacted:  Albert Millhouse

David Bright

---

**Performance Summary on Goals and Objectives and Trend**  *(Summarize your view of employee's accomplishments vs. goals/objectives over the past year and comment on performance trend during this period including Safety & Health and Security Personal Goals & Action Plan, Form 331.07.)*

As mentioned above Larry was very influential in helping the RWMC get ready for GEM operations.  Larry was very dedicated to making sure that maps, routines, check sheets, etc were prepared, accurate and implemented.  He also worked very hard to make sure all the RCT's were trained and capable of providing excellent RadCon coverage for the GEM project.  Larry also supported other work activities going on at the RWMC in a professional manner.  Larrys group was exceptional in implementation of safety and only one first aid case occurred.

---

**Strengths**  *(Describe employee's strengths and how they have contributed to the current assignment.)*

Larry has good relationship with those that work for him.  He has a way of getting the most out of them.  Larry is very knowledgeable in the radiological field and is practical in the implementation of requirements.  Larry is proactive and looks ahead and tries to resolve issues before they become problems.  Larry works well with managers of other disciplines enabling him to resolve issues quickly.

---

**Actions for Performance Enhancement**  *(Identify specific areas needing improvement and development actions you feel would enhance the employee's current or future performance.)*

Larry needs to be exposed to other ES&H disciplines, thus expanding his knowledge base.  This can be accomplished by attendance at seminars, training classes etc.  Larry also needs to be given the opportunity to attend management classes, especially in the area of coping with high stress situations.  There is lots of pressure put on the Radiological Control Manager and he needs to know how better deal with these situations in a manner that provides for a positive path forward.  Larry needs to learn how to listen better during high stress situations and remain calm and obtain help during these situations, also how to deal with managers that add to this pressure.

331.91
08/28/2003
Rev. 08

# ANNUAL REVIEW

UFC: 2153

## OFFICIAL USE ONLY

Contains information which may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552), exemption 6.
Approval by the Department of Energy prior to public release is required. Reviewed by K. C. Gerard.

Employee Name: __Larry W. Barger__   S-Number: __052084__   Review Period: __01/01/03__ To: __12/31/03__

Work Org. No.: __3F75__   Home Org No.: __7600__   Job Title: __Radiological Control Manager__   Salary Grade: __9__

Evaluator: __Randy Sayer/ John Edelmayer__

**Job/Career Recommendations** *(Activities/Actions necessary to support job/career interest: Describe activities or details that support long-term career, goals and interests. Discuss your view of employee's potential and career path.)*

Annual Review Evaluation (Outstanding, Excellent, Good, Unacceptable)

| E | E | O | O | E | E | O | E | O | E |
|---|---|---|---|---|---|---|---|---|---|
| Safety & Health | Organizational Citizenship | Accountability | Quality of Work | Communication | Teamwork | Initiative | Leadership | Diversity *(Management Only)* | Overall Rating |

| | Reviewing Manager Initials Indicate Pre-Appraisal Review | | ☐ Employee Development Plan Needed |
|---|---|---|---|

**Employee Comments:**

___Employee Signature___   ___2/24/08 04 Date___

Randy D. Sayer
Evaluator
Print/Type Name

___Evaluator Signature___   ___2-24-04 Date Prepared___   ___2-24-04 Date Discussed With Employee___

John D. Edelmayer
Reviewing Manager
Print/Type Name

___Reviewing Manager Signature___   ___2/24/04 Date___

# EXHIBIT B

**Family Emergency Center West**
Immediate Health Care
250 South Skyline Drive
Idaho Falls, Idaho 83402
(208) 525-2600
www.familyemergencycenters.com

**ATTENDING PHYSICIAN'S STATEMENT**
IRS #82-0393659

**CHART NUMBER**
333532 W

1:30 PM   8/27/2004   SCOTT APPLETON, M.D.
Clinic # 82-0393659   DR. # 82-0393659
Guarantor # 15505   *

Patient # 97316 N

BARGER, LARRY

BARGER, LARRY
2352 SADDLE COURT
IDAHO FALLS, ID 83402
HPH.   589-8880   WPH.   G-HPH. 208 525-2068
Male   Born 5/21/1960   Age. 44 years old
Pat. SSN# 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
AETNA   Emp. BBWI
P O BOX 578850   )) REL. TO INSURED (( SELF
   Sub # W0375 11865   Grp # 701216
OKLAHOMA CITY, OK   73157-8850

SIGNED (Patient, or Parent, if Minor) X _Kendall Barger_   DATE 8/27/04   TIME 1:05

| PROCEDURE | CODE | ✓ | FEE |
|---|---|---|---|
| CHIEF COMPLAINT anxiety | | | |
| MINIMAL SERVICE | 99211 | | |
| DRUG ALLERGIES: NKDA | E&M EST PT 1-5 | 99212 | | |
| CURRENT MEDICATIONS: Ø | E&M EST PT 6-11 | 99213 | | |
| TETANUS: | E&M EST PT 12+ | 99214 | | |
| LMP: | PHYSICAL | | | |
| HISTORY PI ? anxiety attacks x 6-8 months | E&M NEW PT 1-5 | 99201 | | |
| | E&M NEW PT 6-11 | 99202 | | |
| | E&M NEW PT 12+ | 99203 | | |
| ROS | SIMPLE LAC. REPAIR UP TO 2.5 CM | | | |
| | SIMPLE LAC. REPAIR 2.6 TO 7.5 CM | | | |
| EXAM BP 120/90 P 96 R 20 OXI 98 T 99 OTC □ O ▣ R □ TIME 1:15 AM/PM | INTER. LAC. REPAIR UP TO 2.5 CM | | | |
| | INTER. LAC. REPAIR 2.6 TO 7.5 CM | | | |
| NL ABNL | INJ. ADM | | | |
| APPEARANCE □ □ | | | |
| EYES 3 □ □ | NEBULIZER/MAXIMIST | 94640 | | |
| EARS 3 □ □ | SURGICAL TRAY | A4550 | | |
| NOSE 2 THROAT 2 □ □ | | | |
| NECK 2 □ □ | DRESSINGS Sm / M / Lg | | | |
| RESP 4 □ □ | LOCAL ANESTHETIC/TAC | | | |
| CARDIO 7 □ □ | MEDICATION - Td | 90718 | | |
| GI 5 □ □ | EAR IRRIGATION | 69210 | | |
| G&U 3 6 □ □ | | | |
| LYMPHATIC 4 □ □ | FIBERGLASS / CASTING / OCL | | | |
| MUS/SKEL 6 □ □ | SIZE # ROLLS | | | |
| SKIN 2 BREAST 2 □ □ | ANKLE AIR CAST | L4350 | | |
| NEUROLOGIC □ □ | SPLINT | A4570 | | |
| PSYCH 4 □ □ | SLING | | | |
| PLANS / TREATMENT / MDM | ACE WRAP | A4649 | | |
| | EKG | 93005 | | |
| | X-RAY | - TC | | |
| APPT / REFERRAL | CBC | 85027 | | |
| INSTRUCTION SHEET TO PATIENT □ | UA | 81000 | | |
| DR'S DIAGNOSIS | | | |

EXAM notes:
Anxiety 6-8 weeks (worried...)
D. family sleep ?
6) r w s (s)
hop - (lor
(+) B, NT. No distress
Neuro-cognitive, normal

PLANS:
Paxil 20 mg #30 (1 refill)
Xanax # 15

HPH.        589-8880   WPH.                    G-HPH.  208 525-2068
Male    Born 5/21/1960   Age. 44 years old
Pat. SSN# 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                        Emp. BBWI
AETNA                               )) REL. TO INSURED // SELF
P O BOX 578850                      Sub # W0375 11265   Grc # 701216

OKLAHOMA CITY, OK  73157-8450

CNT, ASSIGNMENT AND RELEASE: I consent to any and all medical services advised by the physicians of the Family Emergency Center. I authorize payment directly to the Family Emergency Center of benefits that are as described below. I acknowledge receipt of services. I also understand that I am financially responsible for charges not covered by insurance, I authorize the release of any medical information acquired in the course of my exam or treatment to my insurance carrier. I understand that the Family Emergency is set up to handle acute problems and that I should have a personal physician to manage my overall health care and to monitor chronic medical problems and attorneys fees should my account go un... ...I agree to pay a re-billing fee of $2.00 per month on any outstanding balance over 45 days. I authorize release of medical information to my employer on industrial accidents and attorneys fees... MEDICARE PATIENTS ONLY... I request that payment of authorized Medicare benefits be made either to me or on my behalf to Family Emergency Center for any services furnished to me by them. I authorize any holder of medical information about me to release... to Care Financing Administration and its agents any information needed to determine these benefits or the benefits payable for related services.

NED (Patient, or Parent, if Minor)  X  _Kendall Barger_____   DATE 6/21/4   TIME

| PROCEDURE | CODE | ✓ | FEE |
|---|---|---|---|
| COMPLAINT  Anxiety | MINIMAL SERVICE | 99211 | | |
| | EXAM EST PT 1-5 | 99212 | | |
| UG ALLERGIES: n k d a | TETANUS: | | | |
| PARENT MEDICATIONS: Ø | LMP: | EXAM EST PT 6-11 | 99213 | | |
| | EXAM EST PT 12+ | 99214 | | |
| ORY PI   anxiety a trecker x 6-8 mont | PHYSICAL | | | |
| | EXAM NEW PT 1-5 | 99201 | | |
| | EXAM NEW PT 6-11 | 99202 | ✓ | 83 00 |
| | EXAM NEW PT 12+ | 99203 | | |
| | SIMPLE LAC. REPAIR UP TO 2.5 CM | | | |
| | SIMPLE LAC. REPAIR UP TO 7.5 CM | | | |
| | INTER. LAC. REPAIR UP TO 2.5 CM | | | |
| | INTER LAC. REPAIR 2.6 TO 7.5 CM | | | |
| BP 120/90 P 96 R 20 ox 98 T 99   OTC☐ O☐ R☐  TIME 15 AM PM | INJ. ADM | | | |
| | NL ABNL | NEBULIZER/MAXIMIST | 94640 | | |
| PEARANCE       ☐ ☐ | SURGICAL TRAY | A4550 | | |
| EES 3          ☐ ☐   Anxiety 6-8 ... hr (prob recent) | | | | |
| RS 3           ☐ ☐   D. sleep slee p? | DRESSINGS Sm / M / Lg | | | |
| SE 2  THROAT 2 ☐ ☐ | LOCAL ANESTHETIC / TAC | | | |
| OK 2          ☐ ☐ | MEDICATION - Td | 90718 | | |
| ISP 4         ☐ ☐   c) p ces os | EAR IRRIGATION | 69210 | | |
| ARDIO 7        ☐ ☐   buy clm | | | | |
| S             ☐ ☐ | | | | |
| KU 3 5        ☐ ☐   (+) B, NT, No distress | FIBERGLASS / CASTING / OCL | | | |
| MPHATIC 4      ☐ ☐ | SIZE      # ROLLS | | | |
| US/SKEL 6      ☐ ☐   Neuro- cooperative, normal | ANKLE AIR CAST | L4350 | | |
| GN 2 BREAST 2  ☐ ☐ | SPLINT | A4570 | | |
| EUROLOGIC      ☐ ☐ | SLING | | | |
| SYCH 4         ☐ ☐ | ACE WRAP | A4649 | | |
| ANS / TREATMENT / MGM | | | | |
| | EKG | 93005 | | |
| Paxil 20 [c] gd # 30 (1 refill) | X-RAY | - TC | | |
| Xanax # 15 | | | | |
| | CBC | 85027 | | |
| PPT/REFERRAL | UA | 81000 | | |
| STRUCTION ☐ | RAPID STREP | 87081 | | |
| GIVEN TO PATIENT | FREQ - 84703   MONO - 86308 | | | |
| SG DIAGNOSIS | BMAC / CHEM PANEL | 80053 | | |
| | | | | |
| . | VENIPUNCTURE / COLLECTION | 36415 | | |

| X-RAY | | | | | | | | | TECH. |
|---|---|---|---|---|---|---|---|---|---|
| B S S U A | WBC | HCT | HGB | MCHC | GRANS | LYMPHS | PLATELETS | | TECH. |
| | GLUC | BILI | KET | SP. GR. | BLOOD | pH | PROT | UROB | NITR | LEUKO | WBC | RBC | BACT | EPITH |

| DRUG SCREEN | 80100 | | |
|---|---|---|---|
| M.R.O. | 90090R | | |
| COLLECTION FEE / DRUG SCREEN | 99000 | | |

| 2-STREP: | TQ/UC: | ESR: | PREG: | MONO: | GLUC: |
|---|---|---|---|---|---|

FOLLOW-UP
DATE    /   /

| | TOTAL CHARGES | $ | 83 00 |
|---|---|---|---|

FINAL DIAGNOSIS    Anxiety    300.00



**RITE AID PHARMACY**

Rite Aid #5406 –
RITE AID–1745 W BROADWAY
IDAHO FALLS, ID 83402–3096
(208) 524-4480

**PATIENT HISTORY REPORT**

08/01/2004   To   10/31/2004

BARGER LARRY
2352 SADDLE CT
IDAHO FALLS, ID 83402–4851
(208) 525–2068

Date: 07/21/2008
Page: 1 of 1

With us, it's personal.

| Rx # | STORE | CF | RF | DATE | NDC | RPH | MEDICATION | CLM REF # | QTY DSP | DAYS SPLY | RETAIL PRICE | PAY AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | **INSTRUCTION** | | | | **PRESCRIBER** | | | | |
| 314793 | 5406 | N | 1 | 10/06/2004 | 60505008301 | ADW | PAROXETINE HCL 20 MG TABLET | 042805691777770099 | 30 | 30 | $77.99 | $14.33 |
| | | | | Take 1 tablet by mouth once daily | | | | APPLETON, WESLEY SCOTT | | | | |
| 314792 | 5406 | N | 0 | 08/27/2004 | 59762571901 | MS1 | ALPRAZOLAM 0.25 MG TABLET | 042405835795930059 | 15 | 5 | $8.99 | $4.33 |
| | | | | Take 1 tablet by mouth three times a... | | | | APPLETON, WESLEY SCOTT | | | | |
| 314793 | 5406 | N | 0 | 08/27/2004 | 60505008301 | MS1 | PAROXETINE HCL 20 MG TABLET | 042405864178030099 | 30 | 30 | $77.99 | $14.33 |
| | | | | Take 1 tablet by mouth once daily | | | | APPLETON, WESLEY SCOTT | | | | |
| | | | | | | | | | | TOTAL AMOUNT : | $164.97 | $33.00 |

I certify that these medications were dispensed to the above by order of their personal physician.

Pharmacist's Signature: _____

Date: 7/21/08

*************THIS REPORT CONTAINS PATIENT HEALTH INFORMATION WHICH IS LEGALLY PROTECTED UNDER HIPAA LEGISLATION. ****************
*************THIS INFORMATION MUST BE USED AND STORED IN ACCORDANCE WITH RITE AID PRIVACY POLICIES. ************************

***** END OF REPORT *****

EXHIBIT C

Larry Barger

11-23-04                    Stress                          Med

T- 97¹                                                      30  gd
P - 80       Pt. went to FECW & 1 1/2 months Paxil
L - 12.      Pt. was noticed a huge improvement
             c anxiety c med                              Knees
BP- 134/96   Pt. States "7-8" M 1-10 scale
             c Paxil    "11" to starting
WT - 150 lbs.  med - no problems or ClO SE
GT - 70 in coats.  still has some episodes of anxiety
             2-3 x /week - will ↑ dose
             avildys
             9 Paxil 30 m #30 c 3 Ref
             RTO 1 month pm
             3 D

**IDAHO DEPARTMENT OF COMMERCE & LABOR**
**STATE OF IDAHO**
*MEDICAL REPORT*

NAME: **Larry Barger**          SSN: *226 98 0089*          *DATE: 01/26/2005*

*I hereby authorize release of medical information necessary to determine my eligibility for unemployment insurance benefits.*

Claimant Signature _____          Date *1/28/05*

*To the Physician: The Idaho Employment Security law requires that an individual must be able to work to qualify for unemployment insurance benefits. We request your opinion of this individual's physical ability to perform full-time work.* **This is not an authorization for Idaho Commerce & Labor to become responsible on the claimant's patient account with your office. All charges are the responsibility of the claimant.**

1.  *Diagnosis of this individual's illness, injury, or disability (please use lay terms).* _anxiety / depression_

    _____

2.  *Date of first examination* __11/23/04__          *Date of illness or injury* _unknown_

3.  *Was patient hospitalized?* Yes ☐ No ☑ *If "Yes" give dates From _____ Through _____*

4.  *During your treatment of the condition, did you advise the patient to:*

    a.  *Take time off from work?*     Yes ☐   No ☑

        *If "Yes" dates: From _____ Through _____*

    b.  *Change occupations?*     Yes ☐   No ☑

    c.  *Move to another area?*     Yes ☐   No ☑

    d.  *Discontinue working?*     Yes ☐   No ☑

    e.  *Other* _____

    *If answered "Yes," to any of above please give date patient was so advised* _____

5.  *If patient was advised to **LIMIT** the kind, amount, conditions, or place of work because of his or her physical condition, please explain* _____

    _N/A_

6.  *Anticipated date patient was, or will be, able to perform some type of **full-time work**.* __11/23/04__

    _Zabrina Thurman_          _208-529-1430_
    Name of Physician                    Telephone

    _2860 Channing Way   Suite 201   Idaho Falls, ID. 83404_
    (Address)

    _Z Thurman_          _2/3/05_
    Signature of Physician          Date

**Please return to:**
**Idaho Commerce and Labor**
**150 Shoup Ave #13**
**Idaho Falls ID  83402**          OR FAX TO:  525 7119

**CLAIMANT:** *Please return this by **02/02**. If we have not received your reply by this date, a determination will be made with the information in the record.*
I-77-541

_faxed_
_2-3-2005 hg_          R 7/04

EXHIBIT D

Date: 4-11-05   Time: 1450   AM (PM)

NAME: *Larry Barger*   DOB: 5-31-60

✝ ‼ALLERGIES ✝
___see face sheet

*NKDA*

O. Daniel Smith, MD
Smith Clinic, PA
F / U Depression / Anxiety

4-11-05

**Historia**
**CHIEF C**
**HPI**
**LAST VIS**
Condition
Treatmen

Problems
   a
Use

BARGER, Larry        BARLA000

The patient presents today with a one history of depression. He was previously treated with Paxil He did not like the side effects associated with that. Today he presents with complaints of hypersomnia interspersed with several days of not sleeping well at all, decreased libido, decreased appetite, increasing anxiety. This all stems he feels from being laid off work and legal problems associated with that. He does not drink, does smoke tobacco.

VITALS: he is afebrile, BP is normotensive.
GEN: He is alert, tired looking, slender, neat in appearance, slightly depressed affect
NEURO: cranial nerves 2-12 are grossly intact. PERLA,
DX: major, single episode of depression
TX: We will try him on Lexapro 10 mg s.i.g. ½ pill for the first week and increase to the full pill for 4 weeks. At that point he will follow-up with me for further review.

Brian Decker, MSN, NPc

___treated
*Paxil ~ didn't like the way*
*it made him feel*
*② Suicidal ideation*

___ motor ___ fine motor nl
___ sensory normal
___ gait normal

**ROS**  ✝ =nl or present  \ = neg or absent · circle = abnormal  +/ = somewhat
**GENERAL/CONST**
___ fever ___ malaise ✓ poor appetite
✓ early AM awakening ___ fatigue
✓ poor sleep initiation ___ wt loss

**CARDIAC**
___ chest pain
___ heaviness
___ palp

**PSYCH**
___ worthlessness \ crying spells
___ Hx treated depression / anxiety

___ better off not here / ✓ wish dead
___ Obs / Comp Sx ___ hallucinations
___ confusion ___ disorientation

**NEUROLOGIC**
HA ___ uni lateral  holocranial
    ___ facial / sinus  post cervical
    sharp  dull  throbbing aching
    vision Sx  aura  N/X  stress  light sens

___ times per D W M Y
___ last ___ min hrs days
___ burning pain ___ numbness

___ vision trouble ___ dizziness
___ unilateral  N  T  W
___ memory ___ tremor ___ strength

**MUSCULOSKELETAL**
___ Hx of  RA  OA  SLE
___ myalgias
___ joint: heat  redness  swelling  pain
___ pedal edema ___ claudication

**DIAGNOSIS:**

| Depression | | Dementia | |
|---|---|---|---|
| Major single episode | 296.2* | Senile | 290.0 |
| Major recurrent | 296.3* | Senile with depression | 290.21 |
| Depressive reaction | 309.* | Multi-infarct | 290.4* |
| Unhappiness disorder | 313.1 | Alzheimer's | 331.0 |
| Disorder | | Alcohol Abuse | 305.0* |
| Social | 312.** | Eating disorder | 307.5* |
| Impulse control | 312.3* | Adjustment reaction | 309.** |
| Post traumatic Stress | 309.** | Bipolar Illness | 296.* |
| Anxiety, generalized | 300.02 | Schizophrenia | 295.** |
| Acute stress reaction | 308.* | Hypochondriasis | 300.7 |

**OTHER DX:**
**TREATMENT**

*Lexapro 10mg ½ ⊕week of samples*

___ medication side effects discussed  ___ warned of sedation and ETOH use
___ F / U in ___ D W M  ___ psych counseling advised
___ instructed to call if SX worsen or if new SX develop

**Physician Signature**
___ see reverse  ___ addendum dictated  ___ ????? DV in consult mode

**VITAL SIGNS**
BP 124/80  PULSE 80  RESP 16  WT: 152  Temp 97
**PHYSICAL EXAM**
APPEARANCE ✓ alert ___ NAD ___ NAI ___ anxious ___ depressed ___ tearful
___ appears ill ✓ tired ___ in pain  mild  mod  severe ___ unkempt
___ obese ✓ slender ___ neat ___ pleasant ___ fatigued ___ drowsy
___ sedated ___ cheerful ___ calm ___ upset ___ confused ___ angry
✓ Cauc ___ Black ___ Hisp ___ Asian ___ Other        M  F

Date 5-23-05   Time:   AM   PM

† ‼ALLERGIES †
___see face sheet

NKDA

O. Daniel Smith, MD
Smith Clinic, PA
Follow Up of Prior Condition

NAME:
Larry Barger   DOB: 5-21-60

BARGER, Larry                    BARLA000                    5-23-05

Mr. Barger is in for follow-up . He has had 5 weeks on Lexapro 10. He feels a little bit less anxious. Still not sleeping well at night and somewhat hyperstimulated at times. Still fighting for his rights with his employers.

VITALS: He has affected a 13 pound weight loss which could be due to his anxiety level. His RP is somewhat up also at 148/116

IMPRESSION: He needs to have a thyroid profile and CBC done.

(2) He describes that he is having irregular heart beat occasionally. I don't feel anything irregular currently.

EVAL: he is alert, he is still a little bit anxious as evidenced by trying to explain everything that is going on.

EENT: EARS are clear; he has got a little bit of factictial acne on his chin and tends to pick at it and is bearded, NECK thyroid is small

CHEST: clear to auscultation

HEART: NSR with a slight tachycardia at about 100…he was 76 when he came in

IMPRESSION: I suspect that he has a little bipolar and has been hypomanic, but the question of thyroid disease is there.

PLAN: We will do a CBC, lipid profile, T-4, TSH. Continue the Lexapro 10 mg daily. Start him on Zyprexa 2.5 mg h.s. and then after a week go up to 5 mg. Reevaluate here in 3 weeks. We will review his labs with him as soon as we see them.

O. D. SMITH, M.D.

| | | DIAGNOSIS: |
|---|---|---|
| __malaise __fatigue __wt loss __sleep __appetite PCU Pain GI __indigestion __abd pain __N/V | ENT __frequent URI's __nasal allergies __sinus HA's __nasal/sinus drainage | |
| Stools __normal __loose __DRB __melena __change RESPIRATORY __asthma __smoker __bronchitis __pneumonia __TB __cough __SOB __wheeze | CARDIAC __chest pain __heaviness __palp | TREATMENT T4 TSH CBC Lexapro 10 mg Zyprexa 2.5 |

VITAL SIGNS
TEMP 97.6   BP: 148/116
PULSE 76   RESP 18   WT: 139   ↓ 13 lbs in 1 month

PHYSICAL EXAM
APPEARANCE __alert __NAD __NAI __anxious __fatigued __drowsy
__appears ill __tired __in pain __mild __mod __severe __unkempt
__obese __slender __depressed __neat __pleasant __frail
__Cauc __Black __Hisp __Asian __Other   M / F

__F/U or call if not better / well in _____/_____ D W M
X F/U in 3 D W M
__instructed to call if SX worsen or if new SX develop

Physician Signature
__see reverse   __addendum dictated   ????? DV in consult mode

5-23-05

Date: 7-25-05     Time:          AM    PM

NAME:
Larry Barger                    DOB: 5-21-66

Historian: patient   other _____ reliable

CHIEF COMPLAINT / FOLLOW UP FOR: labs review

HPI

LAST VISIT HERE: 2   D   W   M   ago   (flu past due : Y  N )

Condition is : improved  (stable)  same  unimproved  worse  different

Treatment: _____

---

† †ALLERGIES †
___ see face sheet

NKDA

HEENT
___ eyes WNL
___ EAC's , TM's WNL
___ nose WNL
___ pharynx WNL

NECK
___ WNL

CHEST

---

O. Daniel Smith, MD

Smith Clinic, PA

Follow Up of Prior Condition

Peri Oral Rash

---

BARGER, Larry                    BARLA000                    7-25-05

Mr. Barger is in for follow-up.  His cholesterol came back at 220, LDL at 139.  We discussed
using medications.  He would like to try diet and reduction using oat bran and cooked cereal.
He will try that see how he does.

PLAN: Recheck his cholesterol in again about the first of October.

VITALS: BP at the top of the normal range 138/88

(2) He notices that he is still quite anxious during the day.  He is sleeping much better at night
on the Olanzepine.

TX: We will increase his Lexapro to 20 mg a day.

(3) His wife has coached him to ask about restless leg syndrome.

IMPRESSION: We discussed possibly using a medication for this, using calcium supplement
which he is going to try initially and if that is not making a difference along with the increase
dosed of Lexapro, he may be a candidate for Requip.  The only side effect that is bad is stomach
upset and the cost.

PLAN: He will come back in October for a follow-up visit

O. D. SMITH, M.D.

---

___ indigestion  ___ abd pain  ___ N / V

Stools: normal
   loose   BRB   melena   change

RESPIRATORY:
___ asthma   ___ smoker
___ bronchitis   ___ pneumonia
___ TB   ___ cough   ___ SOB   ___ wheeze

___ nasal allergies
___ sinus HA's
___ nasal / sinus drainage

CARDIAC
___ chest pain

___ heaviness
___ pelp

---

**VITAL SIGNS**

TEMP _____   BP: 138/88

PULSE 73   RESP 16   WT: 249  ↗ 10 lbs

**PHYSICAL EXAM**

APPEARANCE ___ alert  ___ NAD  ___ NAI  ___ anxious  ___ fatigued  ___ drowsy
___ appears ill  ___ tired  ___ in pain  mild  mod  severe  ___ unkempt
___ obese  ___ slender  ___ depressed  ___ neat  ___ pleasant  ___ frail
___ Cauc  ___ Black  ___ Hisp  ___ Asian  ___ Other          M   F

---

Hypercholl c Requip

TREATMENT   Lexnpro 20 #30

Requip

Reviewed Requip for Restless leg
Doesn't Want to Try Now

___ F/U or call  if not better / well in _____ / _____   D  W  M

___ F/U in _____   D  W  M

___ instructed to call if SX  worsen  or  if new SX develop

Physician Signature
___ see reverse   ___ addendum dictated   ????? OV in consult mode

7-25-05

Date: 10-11-05   Time: 4:30 AM (PM)

NAME: Larry Barger   DOB: 5/21/60

**† †ALLERGIES †**
__ see face sheet

O. Daniel Smith, MD
Smith Clinic, PA
Follow Up of Prior Condition

Historian: __ patient __ other _____ reliable

CHIEF COMPLAINT / FOLLOW UP FOR: Med ✓

HPI

LAST VISIT HERE : _____ D  W  M  ago  (f/u past due : Y  N )

Condition is : improved  stable  same  unimproved  worse  different

Treatment : _____

Problems with treatment : none _____

**HEENT:**
__ eyes WNL
__ EAC's , TM's  WNL
__ nose WNL
__ pherynx WNL

**NECK**
__ WNL

**CHEST**
__ lungs clear to A & P
__ RRR, no murmur

__ Abnl breath sounds _____

Pos: Oral Chelosis

10-11-05

— BARGER, Larry                    BARLA000
— Mr. Barger is in for follow-up. Still having a lot of nervousness, some symptoms of agoraphobia
— and panic attacks when he is out in groups, so he is pretty much staying at home.  His wife is
— getting fed up with him.
— VITALS: his BP is somewhat elevated at 144/104
— IMPRESSION: This raises the question of whether or not he may have some adrenal hyper-
— stimulation. We will do a cortisol test each morning times 2 with Dexamethasone suppression at
— 8 p.m. on the first night and see if he is nonsuppressor.  If he is, we will get an endocrine consult
— on him.
— TX: Start him on Buspirone 15 mg, starting with 5 mg b.i.d. X 3 days, then 10 mg b.i.d. X 5 days
— and then 15 mg b.i.d..
— PLAN: Recheck here in a month.
— (2) Additionally he has some perioral chelosis and a few zits on his face.
— IMPRESSION: The zits I cannot  do much about, but the kelosis may be riboflavin deficiency.
— TX: We will have him look for a riboflavin source at the health food store.  Place him on some
— Elocon Cream applied to the corners of his mouth b.i.d. for 10-14 days and then stop it. Only use
— it occasionally after that so that we don't get a steroid dermatitis.
— DX: (1) generalized anxiety disorder R/O nonsuppressing adrenals (2) chelosis around the mouth
— (3) erectile dysfunction.
— PLAN:  We will give him a sample of Levtira and  Rx for the same. Start with ½ tablet and can
— go to a whole tablet if he needs to once he is used to it.

O. S. SMITH, M.D.

**VITAL SIGNS**
TEMP _____         BP: 144 , 104
PULSE 105   RESP 16    WT: 156
**PHYSICAL EXAM**
APPEARANCE __ alert __ NAD __ NAI __ anxious __ fatigued __ drowsy
__ appears ill __ tired __ in pein  mild  mod  severe  __ unkempt
__ obese __ slender __ depressed __ neat __ pleasant __ frail
__ Cauc __ Black __ Hisp __ Asian __ Other          M  F

__ F/U or  call  if not better / well in _____ / _____  D  W  M
__ F/U in ____ D  W  M
__ instructed to call if SX  worsen  or  if new SX develop

**Physician Signature**
__ see reverse      __ addendum dictated      __ ????? DV in consult mode

Date: 1-19-06    Time:    AM  PM

NAME: Larry Barger    DOB: 5-21-40

**† ALLERGIES †**
___see face sheet

NKDA

O. Daniel Smith, MD
Smith Clinic, PA
F / U Depression / Anxiety

Historian: ___patient ___other _____reliable

CHIEF COMPLAINT / F / U (depression) / anxiety  symptoms

HPI

LAST VISIT HERE : 3    D    W  (M)  (ago)  ( f/u past due : (Y)  N )

Condition is : improved  (stable)  same  unimproved  worse  different

Treatment : _____

Problems with treatment : none  sedation  nausea  sleep trouble
anxiety  impotence

**HEENT**
__eyes WNL
__EAC's , TM's  WNL
__nose WNL
__pharynx WNL

**NECK**
__WNL    __goiter

**CHEST**
__lungs clear to A & P    __Abnl breath sounds _____
__RRR, no murmur

_____S/ PNU_____

**BARLA000**    **1-19-06**

BARGER, Larry

Mr. Barger is in for refill of medications and follow-up. Generally doing better. He still has a tendency to breakout in his mouth. Has been using some Elocon Cream on his face occasionally (2) He is catching cold frequently. We discussed a vitamin regimen for helping to resist colds. He is a nonsmoker.

TX: We will refill his meds...adjust his Buspar up to 20 mg b.i.d. for 2 weeks then 30 mg b.i.d. After he is at that level foe 4 weeks, we will start back his Lexapro down to ½ tablet or 10 mg daily. Continue the Zyprexa h.s.

DX: (1) generalized anxiety disorder (2) secondary depression much improved (3) allergies.

NOTE: It is of note that his Dexamethazone suppression test is normal.

O. D. SMITH, M.D.

**ROS**

**GENER/**
__fever
__early /
__poor s

**CARDIAC**
__chest pain

__heaviness
__palp

**PSYCH**
__worthlessness  __crying spells
__Hx treated depression / anxiety

__better off not here /  wish dead
__Obs/ Comp Sx  __hallucinations

__confusion  __disorientation

vision Sx  aura  N/V  stress  light sens

_____times per D_W_M_Y
__last___min  hrs  days
__burning pain  ___numbness

__vision trouble ___dizzyness
__unilateral  N  T  W
__memory __tremor __strength

**MUSCULOSKELETAL**
Hx of ___RA  OA  SLE
myalgias
__joint : heat  redness  swelling  pain

__pedal edema  __claudication

**DIAGNOSIS:**

| Depression | | Dementia | |
|---|---|---|---|
| Major single episode | 296.2* | Senile | 290.0 |
| Major recurrent | 296.3* | Senile with depresion | 290.21 |
| Depressive reaction | 309.* | Multi-infarct | 290.4* |
| Unhappiness disorder | 313.1 | Alzheimer's | 331.0 |
| Disorder | | Alcohol Abuse | 305.0* |
| Social | 312.** | Eating disorder | 307.5* |
| Impulse control | 312.3* | Adjustment reaction | 309.** |
| Post traumatic Stress | 309.** | Bipolar Illness | 296.* |
| Anxiety, generalized | 300.02 | Schizophrenia | 295.** |
| Acute stress reaction | 308.* | Hypochondriasis | 300.7 |

**OTHER DX:**

**TREATMENT**

**VITAL SIGNS**

BP 128  84   PULSE 76   RESP 16   WT: 133

**PHYSICAL EXAM**

APPEARANCE __alert  __NAD  __NAI  __anxious  __depressed  __tearful
__appears ill  __tired  __in pain  mild  mod  severe  __unkempt
__obese  __slender  __neat  __pleasant  __fatigued  __drowsy
__sedated  __cheerful  __calm  __upset  __confused  __angry
__Cauc  __Black  __Hisp  __Asian  __Other    M  F

__medication side effects discussed  __warned of sedation and ETOH use

__F / U in ___D__W__M  __psych counseling advised

__instructed to call if SX worsen or  if new SX develop

**Physician Signature**
__see reverse  __addendum dictated  __????? DV in consult mode

1-19-06

# EXHIBIT $\varepsilon$



**Rite Aid #5406 –**
RITE AID–1745 W BROADWAY
IDAHO FALLS, ID 83402–3096
(208) 524–4480

With us, it's personal.

Date: 0?
Page: 1

# PATIENT HISTORY REPORT

08/01/2004   To   10/31/2004

BARGER LARRY
2352 SADDLE CT
IDAHO FALLS, ID 83402-4851
(208) 525-2068

| Rx # | STORE CF | RLF | DATE | NDC | RPH | MEDICATION | CLM REF # | QTY DSP | DAYS SPLY | RETAIL PRIC |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | INSTRUCTION | | | | PRESCRIBER | | | |
| 314793 | 5406 N | 1 | 10/06/2004 | 6050008301 | ADW | PAROXETINE HCL 20 MG TABLET | 0428056917770099 | 30 | 30 | $77.9 |
| | | | Take 1 tablet by mouth once daily | | | | APPLETON, WESLEY SCOTT | | | |
| 314792 | 5406 N | 0 | 09/07/2004 | 59762271901 | MSI | ALPRAZOLAM 0.25 MG TABLET | 0424058570970059 | 15 | 3 | $8? |
| | | | Take 1 tablet by mouth three times a? | | | | APPLETON, WESLEY SCOTT | | | |
| 314793 | 5406 N | 0 | 08/27/2004 | 6050008301 | MSI | PAROXETINE HCL 20 MG TABLET | 0424058641780099 | 30 | 30 | $77.5 |
| | | | Take 1 tablet by mouth once daily | | | | APPLETON, WESLEY SCOTT | | | |

TOTAL AMOUNT :   $164.

I certify that these medications were dispensed to the above by order of their personal physician.

Pharmacist's Signature:

Date: 7/2/08

****************THIS REPORT CONTAINS PATIENT HEALTH INFORMATION WHICH IS LEGALLY PROTECTED UNDER HIPAA LEGISLATION. *****************
*****************THIS INFORMATION MUST BE USED AND STORED IN ACCORDANCE WITH RITE AID PRIVACY POLICIES. *****************

***** END OF -PORT *****

Store #: 1902
Report Date: 02/29/2008

**Connexus Pharmacy System**
**Wal-Mart Pharmacy 10-1902**
**Medical Expenses Summary**

Patient:   BARGER, LARRY
           2352 SADDLE
           IDAHO FALLS ID-83402

Birthdate:   5/21/1960

Below is a list of your Pharmacy Orders for the date range of: 01/01/2004 to 02/29/2008

| Date Filled | Rx # | Drug Name | Prescriber | Qty | Days | Dispense | Patient Paid |
|---|---|---|---|---|---|---|---|
| Date Written | Fill ID | NDC | | Refill # | Supply | As Written | |

**WAL-MART PHARMACY 10-5494, 500 SOUTH UTAH AVENUE IDAHO FALLS ID 83402, AMMON ID-83406**
**NABP Number: 1305576  ID: BW3439141 NPI Number: 1629095971**

| Date Filled / Written | Rx # / Fill ID | Drug Name / NDC | Prescriber | Qty / Refill # | Days Supply | Dispense As Written | Patient Paid |
|---|---|---|---|---|---|---|---|
| 06/03/2005 05/03/2005 | 6612870 1023575 | ZYPREXA 2.5MG TAB 00002-4112-60 | SMITH O.D. (DAN) | 7 0 | 7 | 0 | $44.78 |
| 02/27/2006 10/06/2005 | 6624480 1088307 | LEXAPRO 20MG TAB 00456-2020-01 | SMITH O.D. (DAN) | 11 6 | 7 | 0 | $31.84 |
| 03/10/2006 10/06/2005 | 6624480 1091936 | LEXAPRO 20MG TAB 00456-2020-01 | SMITH O.D. (DAN) | 21 7 | 14 | 0 | $58.84 |
| 04/27/2006 10/06/2005 | 6624480 1105788 | LEXAPRO 20MG TAB 00456-2020-01 | SMITH O.D. (DAN) | 21 8 | 14 | 0 | $63.68 |
| 02/26/2007 01/19/2006 | 6690493 1209961 | BUSPIRONE 10MG TAB 00172-5664-60 | SMITH O.D. (DAN) | 180 0 | 30 | 0 | $12.00 |
| 02/27/2006 01/19/2006 | 6635818 1088308 | ZYPREXA 5MG TAB 00002-4115-30 | SMITH O.D. (DAN) | 7 2 | 7 | 0 | $59.88 |
| 02/19/2006 01/19/2006 | 6635819 1086002 | BUSPIRONE 30MG TAB 00378-1175-91 | SMITH O.D. (DAN) | 8 2 | 4 | 0 | $16.62 |
| 03/10/2006 01/19/2006 | 6635818 1091937 | ZYPREXA 5MG TAB 00002-4115-30 | SMITH O.D. (DAN) | 14 3 | 14 | 0 | $113.54 |
| 02/27/2006 01/19/2006 | 6635819 1088309 | BUSPIRONE 30MG TAB 00378-1175-91 | SMITH O.D. (DAN) | 14 3 | 10 | 0 | $24.72 |
| 03/10/2006 01/19/2006 | 6635819 1091935 | BUSPIRONE 30MG TAB 00378-1175-91 | SMITH O.D. (DAN) | 28 4 | 14 | 0 | $35.84 |

**CONFIDENTIAL-IF YOU RECEIVE THIS REPORT IN ERROR, PLEASE RETURN TO WAL*MART PHARMACY IMMEDIATELY.**
**WAL*MART STORES, INC.**

Store #: 1902
Report Date: 02/29/2008

**Connexus Pharmacy System**
**Wal-Mart Pharmacy 10-1902**
**Medical Expenses Summary**

**Patient:**   BARGER, LARRY
2352 SADDLE
IDAHO FALLS ID-83402

**Birthdate:**   5/21/1960

Below is a list of your Pharmacy Orders for the date range of: 01/01/2004 to 02/29/2008

| Date Filled | Rx # | Drug Name | Prescriber | Qty | Days | Dispense | Patient Paid |
|---|---|---|---|---|---|---|---|
| Date Written | Fill ID | NDC | | Refill # | | Supply As Written | |
| 06/29/2006 | 6635818 | ZYPREXA 5MG TAB | SMITH O.D. (DAN) | 14 | 14 | 0 | $127.88 |
| 01/19/2006 | 1125251 | 00002-4115-30 | | 4 | | | |
| 08/07/2006 | 6635818 | ZYPREXA 5MG TAB | SMITH O.D. (DAN) | 14 | 14 | 0 | $127.88 |
| 01/19/2006 | 1137086 | 00002-4115-30 | | 5 | | | |
| 04/27/2006 | 6635819 | BUSPIRONE 30MG TAB | SMITH O.D. (DAN) | 28 | 14 | 0 | $35.84 |
| 01/19/2006 | 1105789 | 00378-1175-91 | | 5 | | | |
| 06/29/2006 | 6635819 | BUSPIRONE 30MG TAB | SMITH O.D. (DAN) | 28 | 14 | 0 | $35.84 |
| 01/19/2006 | 1125250 | 00378-1175-91 | | 6 | | | |
| 09/10/2006 | 6635818 | ZYPREXA 5MG TAB | SMITH O.D. (DAN) | 30 | 30 | 0 | $262.32 |
| 01/19/2006 | 1147919 | 00002-4115-30 | | 6 | | | |
| 11/02/2006 | 6635818 | ZYPREXA 5MG TAB | SMITH O.D. (DAN) | 30 | 30 | 0 | $262.32 |
| 01/19/2006 | 1166033 | 00002-4115-30 | | 7 | | | |
| 09/10/2006 | 6635819 | BUSPIRONE 30MG TAB | SMITH O.D. (DAN) | 60 | 30 | 0 | $61.72 |
| 01/19/2006 | 1147920 | 00378-1175-91 | | 7 | | | |
| 11/16/2006 | 6635819 | BUSPIRONE 30MG TAB | SMITH O.D. (DAN) | 60 | 30 | 0 | $61.72 |
| 01/19/2006 | 1170901 | 00378-1175-91 | | 8 | | | |
| 04/13/2006 | 4408128 | HYDROCO/APAP 7.5-500TAB | OLSON BRANT | 16 | 2 | 0 | $13.62 |
| 04/13/2006 | 1101946 | 00406-0358-01 | | 0 | | | |
| 11/27/2007 | 6737408 | BUSPIRONE 10MG TAB | MURDOCK CHAD LEWIS MD | 180 | 90 | 0 | $12.00 |
| 11/27/2007 | 1328570 | 00172-5664-60 | | 0 | | | |

**\*\*CONFIDENTIAL-IF YOU RECEIVE THIS REPORT IN ERROR, PLEASE RETURN TO WAL\*MART PHARMACY IMMEDIATELY.**
**WAL\*MART STORES, INC.**

Store #: 1902
Report Date: 02/29/2008

**Connexus Pharmacy System**
**Wal-Mart Pharmacy 10-1902**
**Medical Expenses Summary**

**Patient:**      BARGER, LARRY
            2352 SADDLE
            IDAHO FALLS ID-83402

**Birthdate:**    5/21/1960

Below is a list of your Pharmacy Orders for the date range of: 01/01/2004 to 02/29/2008

| Date Filled | Rx # | Drug Name | Prescriber | Qty | Days | Dispense | Patient Paid |
|---|---|---|---|---|---|---|---|
| Date Written | Fill ID | NDC | | Refill # | Supply As Written | | |

Total: $1,462.88

Report Date: 02/29/2008
Attested To By:

Registered Pharmacist

**CONFIDENTIAL-IF YOU RECEIVE THIS REPORT IN ERROR, PLEASE RETURN TO WAL\*MART PHARMACY IMMEDIATELY.
WAL\*MART STORES, INC.**



**RITE AID**
**PHARMACY**

With us, it's personal.

Your Rite Aid pharmacist, John R. Bronsell, has specially prepared this report for you, our valued customer. Please see John R. Bronsell if you have any questions or concerns.

Date: 7/21/2008

Store #: 5406

Address: RITE AID−1745 W BROADWAY
1745 WEST BROADWAY STREET
Phone: (208) 524−4480

**MEDICATION:**
ALPRAZOLAM 0.25 MG TABLET, #59762−3719−01

**IMPORTANT NOTE:**
THIS IS A SUMMARY AND DOES NOT CONTAIN ALL POSSIBLE INFORMATION ABOUT THIS PRODUCT.

**COMMON BRAND NAME(S):**
Xanax

**USES:**
Alprazolam is used to treat anxiety and panic disorders. It belongs to a class of medications called benzodiazepines which act on the brain and nerves (central nervous system) to produce a calming effect. It works by enhancing the effects of a certain natural chemical in the body (GABA).

**HOW TO USE:**
Take this medication by mouth as directed by your doctor. Dosage is based on your medical condition and response to therapy. This medication may cause dependence, especially if it has been used regularly for an extended period of time, or if it has been used in high doses. In such cases, if you suddenly stop this drug, withdrawal reactions including seizures may occur. Report any such reactions to your doctor immediately. When stopping extended, regular treatment with this drug, the dosage should be gradually reduced as directed to help prevent withdrawal reactions. Consult your doctor or pharmacist for more details. Though it is very unlikely to occur, this medication can also result in abnormal drug−seeking behavior (addiction/habit−forming). Do not increase your dose, take it more frequently, or use it for a longer period of time than prescribed. Properly stop this medication when so directed. This will lessen the chances of becoming addicted. When used for an extended period, this medication may not work as well and may require different dosing. Talk with your doctor if this medication stops working well. Inform your doctor if your condition persists or worsens.

**SIDE EFFECTS:**
Drowsiness or dizziness may occur. If any of these effects persist or worsen, notify your doctor or pharmacist promptly. Remember that your doctor has prescribed this medication because he or she has judged that the benefit to you is greater than the risk of side effects. Many people using this medication do not have serious side effects. Tell your doctor immediately if any of these unlikely but serious side effects occur: mental/mood changes, slurred speech, clumsiness, trouble walking, decreased/increased interest in sex. Tell your doctor immediately if any of these highly unlikely but very serious side effects occur: yellowing eyes or skin, signs of infection (e.g., persistent sore throat, fever). A serious allergic reaction to this drug is unlikely, but seek immediate medical attention if it occurs. Symptoms of a serious allergic reaction include: rash, itching, swelling, severe dizziness, trouble breathing. This is not a complete list of possible side effects. If you notice other effects not listed above, contact your doctor or pharmacist.

**PRECAUTIONS:**
Before taking alprazolam, tell your doctor or pharmacist if you are allergic to it; or to other benzodiazepines (e.g., diazepam, lorazepam); or if you have any other allergies. Before using this medication, tell your doctor or pharmacist your medical history, especially of: liver disease, kidney disease, severe lung/breathing problems (e.g., COPD, sleep apnea), drug or alcohol abuse. This drug may make you dizzy or drowsy; use caution engaging in activities requiring alertness such as driving or using machinery.

The Information in this leaflet may be used as an educational aid. This information does not cover all possible uses, actions, precautions, side effects, or interactions of this medicine. This information is not intended as medical advice for individual problems.

Copyright First Databank − The Hearst Corporation

Avoid alcoholic beverages.   Caution is advised when using this drug in the elderly because they may be more sensitive to its side effects, especially loss of coordination and drowsiness.   Alprazolam is not recommended for use during pregnancy due to the potential for harm to an unborn baby. Consult your doctor for more details.   This drug passes into breast milk and may have undesirable effects on a nursing infant. Therefore, breast–feeding while using this medication is not recommended. Consult your doctor before breast–feeding.

## DRUG INTERACTIONS:

See also the How to Use section.   Your healthcare professionals (e.g., doctor or pharmacist) may already be aware of any possible drug interactions and may be monitoring you for it. Do not start, stop or change the dosage of any medicine before checking with them first.   This drug should not be used with the following medications because very serious interactions may occur: certain azole antifungals (e.g., itraconazole, ketoconazole), delavirdine, indinavir, sodium oxybate.   If you are currently using any of these medications, tell your doctor or pharmacist before starting alprazolam.   Before using this medication, tell your doctor or pharmacist of all prescription and nonprescription/herbal products you may use, especially of: clozapine, digoxin, disulfiram, kava.   Tell your doctor or pharmacist if you take drugs that affect the removal of alprazolam from your system (CYP 3A4 substrates, inhibitors and inducers) such as: other azole antifungals (e.g., fluconazole, voriconazole), certain anti–depressants (e.g., fluoxetine, fluvoxamine, nefazodone), certain anti–seizure medications (e.g., phenytoin, phenobarbital), cimetidine, macrolide antibiotics (e.g., erythromycin, clarithromycin), rifamycins (e.g., rifampin), ritonavir, St John's wort.   Tell your doctor or pharmacist if you take drugs that cause drowsiness such as: antihistamines that cause drowsiness (e.g., diphenhydramine), anti–seizure drugs (e.g., carbamazepine), medicine for sleep (e.g., sedatives), muscle relaxants (e.g., phenytoin, phenobarbital), narcotic pain relievers (e.g., codeine), psychiatric medicines (e.g., phenothiazines such as chlorpromazine, tricyclic anti–depressants such as amitriptyline), tranquilizers.   Check the labels on all your medicines (e.g., cough–and–cold products) because they may contain ingredients which cause drowsiness. Ask your pharmacist about the safe use of those products.   Cigarette smoking decreases blood levels of this medication (through liver enzyme induction). Tell your doctor if you smoke or if you have recently stopped smoking because your dose may need to be adjusted.   Do not start or stop any medicine without doctor or pharmacist approval.   This document does not contain all possible interactions. Therefore, before using this product, tell your doctor or pharmacist of all the products you use. Keep a list of all your medications with you, and share the list with your doctor and pharmacist.

## OVERDOSE:

If overdose is suspected, contact your local poison control center or emergency room immediately. US residents can call the US national poison hotline at 1–800–222–1222. Canadian residents should call their local poison control center directly. Symptoms of overdose may include: severe drowsiness, slowed/reduced reflexes, slowed breathing, loss of consciousness.

## NOTES:

Do not share this medication with others. It is against the law.   If this drug is used for an extended period of time, laboratory and/or medical tests (e.g., liver function tests, complete blood count) may be performed periodically to check for side effects. Consult your doctor for more details.

## MISSED DOSE:

If you miss a dose, use it as soon as you remember. If it is near the time of the next dose, skip the missed dose and resume your usual dosing schedule. Do not double the dose to catch up.

## STORAGE:

Store at room temperature between 59–86 degrees F (15–30 degrees C) away from light and moisture. Do not store in the bathroom. Keep all medicines away from children and pets.   Do not flush medications down the toilet or pour them into a drain unless instructed to do so. Properly discard this product when it is expired or no longer needed. Consult your pharmacist or local waste disposal company for more details about how to safely discard your product.

The Information in this leaflet may be used as an educational aid. This information does not cover all possible uses, actions, precautions, side effects, or interactions of this medicine. This information is not intended as medical advice for individual problems.

Copyright First Databank – The Hearst Corporation



**RITE AID PHARMACY**

**With us, it's personal.**

Your Rite Aid pharmacist, John R. Bronsell, has specially prepared this report for you, our valued customer. Please see John R. Bronsell if you have any questions or concerns.

Date: 7/21/2008

Store #: 5406

Address: RITE AID−1745 W BROADWAY
1745 WEST BROADWAY STREET
Phone: (208) 524−4480

**MEDICATION:**
PAROXETINE HCL 20 MG TABLET, #00093−7115−98

**IMPORTANT NOTE:**
THIS IS A SUMMARY AND DOES NOT CONTAIN ALL POSSIBLE INFORMATION ABOUT THIS PRODUCT.

**COMMON BRAND NAME(S):**
Paxil

**WARNING:**
Antidepressant medications are used to treat a variety of conditions, including depression and other mental/mood disorders. These medications can help prevent suicidal thoughts/attempts and provide other important benefits. However, studies have shown that a small number of people (especially people younger than 25) who take antidepressants for any condition may experience worsening depression, other mental/mood symptoms, or suicidal thoughts/attempts. Therefore, it is very important to talk with the doctor about the risks and benefits of antidepressant medication (especially for people younger than 25), even if treatment is not for a mental/mood condition.   Tell the doctor immediately if you notice worsening depression/other psychiatric conditions, unusual behavior changes (including possible suicidal thoughts/attempts), or other mental/mood changes (including new/worsening anxiety, panic attacks, trouble sleeping, irritability, hostile/angry feelings, impulsive actions, severe restlessness, very rapid speech). Be especially watchful for these symptoms when a new antidepressant is started or when the dose is changed.

**USES:**
Paroxetine is a selective serotonin reuptake inhibitor (SSRI) used to treat depression, panic attacks, obsessive−compulsive disorder (OCD), anxiety disorders, post−traumatic stress disorder, and a severe form of premenstrual syndrome (premenstrual dysphoric disorder).   SSRIs work by helping to restore the balance of certain natural substances in the brain (neurotransmitters such as serotonin). Paroxetine may improve your mood, sleep, appetite, and energy level and may help restore your interest in daily living. It may decrease anxiety/unreasonable fears, persistent/troubling thoughts (obsessions), and unwanted urges that keep returning (compulsions). It may decrease the number and severity of panic attacks. Paroxetine may lessen premenstrual symptoms such as irritability, increased appetite, and depression.

**HOW TO USE:**
Read the Medication Guide provided by your pharmacist before you start using paroxetine and each time you get a refill. If you have any questions, consult your doctor or pharmacist.   Take this medication by mouth with or without food, usually once daily or as directed by your doctor. Taking this medication with food may decrease nausea. This medication may make you either sleepy or wakeful. Therefore, depending on how this medication affects you, your doctor may direct you to take the entire dose once daily in either the morning or evening.   The dosage is based on your medical condition and response to treatment. To reduce your risk of side effects, your doctor may start you at a low dose and gradually increase your dose. Follow your doctor's instructions carefully. Do not take more or less medication or take it more frequently than prescribed. Your condition will not improve any faster and your risk of side effects will increase. Use this medication regularly in order to get the most benefit from it. To help you remember, use it at the same time each day.   If you are taking paroxetine for premenstrual problems, your doctor may direct you to take it every day of the month or just for the 2 weeks before your period through the first full day of your period.   It is important to continue taking this medication as prescribed even if you feel well. Do not stop taking this medication without first consulting your doctor.   This medication may cause dependence, especially if it has been used regularly for an extended time or if it has been used in high doses.

The Information in this leaflet may be used as an educational aid. This information does not cover all possible uses, actions, precautions, side effects, or interactions of this medicine. This information is not intended as medical advice for individual problems.

Copyright First Databank − The Hearst Corporation

In such cases, withdrawal reactions (e.g., mood swings, headache, tiredness, sleep changes, "shock-like" feelings) may occur if you suddenly stop this drug. To prevent withdrawal when stopping extended/regular treatment with this drug, gradually reduce the dosage as directed. Consult your doctor or pharmacist for more details. Report any withdrawal reactions or worsening symptoms immediately.   You should see some improvement in 1 to 2 weeks. It may take several weeks before you feel the full benefit.   Tell your doctor if your condition does not improve or if it worsens.

## SIDE EFFECTS:

See also Warning section.   Nausea, drowsiness, dizziness, trouble sleeping, loss of appetite, weakness, tiredness, dry mouth, sweating, yawning, or headache may occur. If any of these effects persist or worsen, tell your doctor promptly.   Remember that your doctor has prescribed this medication because he or she has judged that the benefit to you is greater than the risk of side effects. Many people using this medication do not have serious side effects.   Tell your doctor immediately if any of these unlikely but serious side effects occur: unusual or severe mental/mood changes (e.g., agitation, thoughts of suicide), shakiness (tremor), restlessness, inability to keep still, decreased interest in sex, changes in sexual ability, blurred vision, numbness/tingling.   Tell your doctor immediately if any of these rare but very serious side effects occur: bloody/black/tarry stools, vomit that looks like coffee grounds, easy bruising/bleeding, fainting, fast/irregular heartbeat, muscle weakness/spasm, seizures, change in amount of urine. This medication may rarely cause a very serious condition called serotonin syndrome. The risk increases when this medication is used with certain other drugs such as "triptans" used to treat migraine headaches (e.g., sumatriptan, eletriptan), certain antidepressants including other SSRIs (e.g., citalopram, fluoxetine) and SNRIs (e.g., duloxetine, venlafaxine), lithium, tramadol, tryptophan, or a certain drug to treat obesity (sibutramine). Before taking this drug, tell your doctor if you take any of these medications. Serotonin syndrome may be more likely when you start or increase the dose of any of these medications. Seek immediate medical attention if you develop some of the following symptoms: hallucinations, unusual restlessness, loss of coordination, fast heartbeat, severe dizziness, unexplained fever, severe nausea/vomiting/diarrhea, twitchy muscles.   For males, in the very unlikely event you have a painful or prolonged erection lasting 4 or more hours, stop using this drug and seek immediate medical attention, or permanent problems could occur.   A very serious allergic reaction to this drug is rare. However, seek immediate medical attention if you notice any symptoms of a serious allergic reaction, including: rash, itching, swelling, severe dizziness, trouble breathing.   This is not a complete list of possible side effects. If you notice other effects not listed above, contact your doctor or pharmacist.

## PRECAUTIONS:

Before taking paroxetine, tell your doctor or pharmacist if you are allergic to it; or if you have any other allergies.   Before using this medication, tell your doctor or pharmacist your medical history, especially of: personal or family history of bipolar/manic-depressive disorder, personal or family history of suicide attempts, liver problems, kidney problems, low sodium in the blood, severe loss of body water (dehydration), seizures, stomach/intestinal ulcers, glaucoma (narrow-angle type).   This drug may make you dizzy or drowsy. Use caution while driving, using machinery, or doing any other activity that requires alertness. Avoid alcoholic beverages.   Caution is advised when using this product in the elderly because they may be more sensitive to its effects. The elderly are more likely to lose too much salt (hyponatremia), especially if they are also taking "water pills" (diuretics) with this medication. This medication is not recommended for use during pregnancy. It may harm an unborn baby. Also, babies born to mothers who have used this drug during the last 3 months of pregnancy may infrequently develop withdrawal symptoms such as feeding/breathing difficulties, seizures, muscle stiffness, or constant crying. If you notice any of these symptoms in your newborn, tell the doctor promptly.   Since untreated depression can be a serious condition, do not stop taking this medication unless directed by your doctor. If you are planning pregnancy, become pregnant, or think you may be pregnant, immediately discuss the benefits and risks of using this medication during pregnancy with your doctor.   This drug passes into breast milk. Consult your doctor before breast-feeding.

## DRUG INTERACTIONS:

Your doctor or pharmacist may already be aware of any possible drug interactions and may be monitoring you for them. Do not start, stop, or change the dosage of any medicine before checking with your doctor or pharmacist first.   Certain medications taken with this product could result in serious (rarely fatal) drug interactions. Avoid taking sibutramine or MAO inhibitors (e.g., furazolidone, isocarboxazid, linezolid, moclobemide, phenelzine, procarbazine, rasagiline, selegiline, tranylcypromine) for 2 weeks before, during, or after treatment with this medication. Consult your doctor or pharmacist for additional information.   This drug should not be used with the following medications because very serious (possibly fatal) interactions may occur: pimozide, sibutramine, thioridazine.   If you are currently using any of these medications listed above, tell your doctor or pharmacist before starting paroxetine.   Before using this medication, tell your doctor or pharmacist of all prescription and nonprescription/herbal

The Information in this leaflet may be used as an educational aid. This information does not cover all possible uses, actions, precautions, side effects, or interactions of this medicine. This information is not intended as medical advice for individual problems.

Copyright First Databank – The Hearst Corporation

products you may use, especially of: drugs removed from your body by certain liver enzymes (e.g., aripiprazole, atomoxetine, fluoxetine, phenothiazines, procyclidine, risperidone, tamoxifen, antiarrhythmics such as propafenone, flecainide, TCA antidepressants such as desipramine, amitriptyline), cimetidine, digoxin, fosamprenavir/ritonavir, metoprolol, quinidine, theophylline, tramadol, "water pills" (diuretics such as furosemide), drugs that can cause bleeding/bruising (e.g., aspirin, antiplatelet drugs such as clopidogrel, NSAIDs such as ibuprofen, "blood thinners" such as heparin, warfarin).    Aspirin can increase the risk of bleeding when used with this medication (see above). If your doctor has directed you to take low-dose aspirin for heart attack or stroke prevention (usually at dosages of 81-325 milligrams a day), you should continue taking it unless your doctor instructs you otherwise. Discuss the risks and benefits with your doctor.    Also tell your doctor if you take any other drugs that increase serotonin, such as bromocriptine, buspirone, dextromethorphan, lithium, meperidine, propoxyphene, phentermine, SSRIs, SNRIs, tryptophan, St. John's wort, drugs used to treat migraines such as "triptans" and dihydroergotamine, street drugs such as MDMA/"ecstasy," amphetamine. (See also Side Effects section.)    Tell your doctor or pharmacist if you also take drugs that cause drowsiness such as certain antihistamines (e.g., diphenhydramine), anti-seizure drugs (e.g., carbamazepine), medicine for sleep or anxiety (e.g., alprazolam, diazepam, zolpidem), muscle relaxants, narcotic pain relievers (e.g., codeine), psychiatric medicines (e.g., chlorpromazine, quetiapine, nortriptyline, trazodone).    Check the labels on all your medicines (e.g., cough-and-cold products) because they may contain ingredients that cause drowsiness. Ask your pharmacist about using those products safely.    Cimetidine is a nonprescription drug that is commonly used to treat extra stomach acid. Because it may cause undesirable interactions when used with paroxetine, ask your pharmacist about other products to treat stomach acid.    This document does not contain all possible interactions. Therefore, before using this product, tell your doctor or pharmacist of all the products you use. Keep a list of all your medications with you, and share the list with your doctor and pharmacist.

## OVERDOSE:

If overdose is suspected, contact your local poison control center or emergency room immediately. US residents can call the US National Poison Hotline at 1-800-222-1222. Canada residents can call a provincial poison control center. Symptoms of overdose may include: irregular heartbeat, fainting, severe dizziness, seizures.

## NOTES:

Do not share this medication with others.    Psychiatric/medical check-ups should be done periodically to monitor your progress or check for side effects. Consult your doctor for more details.

## MISSED DOSE:

If you miss a dose, take it as soon as you remember. If it is near the time of the next dose, skip the missed dose and resume your usual dosing schedule. Do not double the dose to catch up.

## STORAGE:

Store at room temperature between 59-86 degrees F (15-30 degrees C) away from light and moisture. Do not store in the bathroom. Keep all medicines away from children and pets.    Do not flush medications down the toilet or pour them into a drain unless instructed to do so. Properly discard this product when it is expired or no longer needed. Consult your pharmacist or local waste disposal company for more details about how to safely discard your product.

The Information in this leaflet may be used as an educational aid. This information does not cover all possible uses, actions, precautions, side effects, or interactions of this medicine. This information is not intended as medical advice for individual problems.

Copyright First Databank – The Hearst Corporation

EXHIBIT F

## INL Employee Assistance Program
## Encounter Report

| | | | |
|---|---|---|---|
| **Report Date:** | 5/14/2008 | | |
| **Patient:** | LARRY W BARGER | **S Number:** | 52084 |
| **Counselor:** | KENNETH C MINNIX | **Visit Date:** | 12/07/2004 |

**Complaint:** MANAGEMENT PROBLEM PERFORMANCE PROBLEM

**Referred By:** MANAGEMENT

**Subjective:** LARRY COMES IN AT THE REQUEST OF PAUL DIVIAK AND BOB FRENCH AFTER AN INCIDENT LAST WEEK IN WHICH LARRY GOT UPSET, THREW HIS BADGE AND STATED THAT HE WAS QUITTING. THE COMPANY DECIDED TO ACCEPT THAT RESIGNATION LARRY STATES HE REALIZES HE NEEDS TO WORK ON COMMUNICATION AND HANDLING STRESS.

**Objective:** LARRY IS 3/4 CHILDREN RAISED BACK EAST. DAD IS AIR FORCE LIEUTENANT COLONEL AND WORKED IN THE SHIPYARDS ALSO. MOM DIED '94 OF SMOKING RELATED ILLNESSES. DAD STAYS VERY ACTIVE AND COMPETES IN SENIOR OLYMPICS ALL OVER THE WORLD. LARRY MOVED TO ID IN '83 WITH NEWPORT NEWS...MET AND MARRIED WIFE, WHO HAD BABY GIRL FROM PREVIOUS RELATIONSHIP - LARRY ADOPTED HER. 16 YRS MARRIED. STATES FINANCES ARE GOOD, HEALTH IS GOOD, DRINKS A BEER OR TWO ON WEEKENDS. HAD DUI IN '85, NO OTHER LEGAL PROBLEMS REPORTED. LARRY RECOUNTED THE EVENTS OF LAST WEEK AS HE RECALLED THEM. STATES HE IS FRUSTRATED NOT KNOWING WHAT MANAGEMENT MEANS BY TAKING A STEP BACK AND SEEING THE LARGER PICTURE. (SEE ADDITIONAL TEXT)

**Assessment:** WORK SITUATION JOB PERFORMANCE ISSUES

**Plan:** EXPLAINED EAP ROLE IN THIS MATTER - NOT PART OF MANAGEMENT DECISION OR DISCIPLINE - WE ARE A RESOURCE TO EMPLOYEES. CONDUCTED ASSESSMENT AND MADE RECOMMENDATIONS FOR OUTSIDE COUNSELING. LARRY STATED HE WOULD FOLLOW THROUGH WITH OUTSIDE COUNSELING.

**Referred To:** MENTAL HEALTH ISSUES OUTPATIENT

**Additional Text:** 12/07/2004 - KENNETH C MINNIX - (ADDITIONAL OBJECTIVE FROM 12/6/04 VISIT) LARRY BELIEVES HE IS ONE OF THE BEST MANAGERS IN THE COMPANY. LARRY WOULD LIKE TO WORK UNTIL HE IS 59 YRS, 11 MONTHS OLD, THEN RETIRE. STATES HE HAS WORKED ON SOME STRESSFUL PROJECTS SUCH AS PIT 9 AND PIT 4. SEVERAL WEEKS AGO, HIS WIFE ENCOURAGED HIM TO SEE A DOCTOR REGARDING THE BUILDUP OF STRESS. HE SAW DR. ZABRINA THURMAN WHO PUT HIM ON 20 MG PAXIL, AND RECENTLY INCREASED THAT TO 30 MG. LARRY HAS HAD SOME OF THE MORE COMMON SIDE EFFECTS BUT STATES HE CAN FEEL SOME POSITIVE DIFFERENCE. WHEN I ASKED IF HE WAS ALSO SEEING A COUNSELOR, HE STATED THAT HE WASN'T, BUT WAS WILLING TO SEEK COUNSELING. STATES HE HAS ALWAYS BEEN A GO-GETTER, HARD WORKING, FOCUSED ON DETAIL AND PERFECTIONISTIC, AND HAS A HARD TIME 'SEEING THE FOREST FOR THE TREES.'

IDAHO NATIONAL LABORATORY (INL)
OCCUPATIONAL MEDICAL
EMPLOYEE ASSISTANCE PROGRAM (EAP)

## INFORMATION REGARDING CONFIDENTIALITY OF EAP SERVICES

Confidentiality

Client information is protected under Federal and State Confidentiality Regulations and cannot be disclosed without written consent unless otherwise provided for in the regulations.

For clients utilizing the EAP, confidential files are maintained by the EAP separately from the Personnel files, Security files and Medical records.  Access to confidential information is provided only upon receipt of a specific release of information signed by the employee in accordance with Federal Regulations, 42 CFR, Part 2 and Federal laws, 42 U.S.C.290dd-3 and 42 N.S.C. 29033-3.  Department of Energy (DOE), as part of its clearance investigation process, may require the employee to sign a release allowing access to the records by the DOE or its agents.

Exceptions

The Employee Assistance Professional may be required to disclose client information without consent under specific circumstances.

These include the following:

- Knowledge of suspected child abuse or neglect
- Clear and imminent danger to self or others
- Medical emergencies
- Subpoena from a court of law

I have reviewed and understand the limitations placed on confidentiality under Federal and State regulations and by the requirements of the INL EAP policy.

_____          12/6/04
Signature of Client                                           Date

        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
Social Security Number

02-2004

**HFOB 820**

EXHIBIT G

**Heidi Igarashi, MA**
**680 NW Survista Avenue**
**Corvallis, Oregon 97330**

July 15, 2008

Larry W. Barger
P.O. Box 52041
Idaho Falls, ID  83405

Dear Mr. Barger;

This information concerns Larry Wayne Barger, DOB 6/21/1960.  A signed
release by Mr. Barger, dated 6/23/2008, is on file.

This letter is to confirm your participation in an intake interview on 12/10/2004.
The Idaho National Laboratory Employee Assistance Program was the source of
the referral.  A second appointment was scheduled for 12/17/2004 but was
cancelled by you.  There were no subsequent appointments scheduled.

The nature of the referral was to assist you in coping with a workplace situation.
You were cooperative during the interview.  The preliminary treatment plan was
to help you to acquire additional methods of coping with the emotional stress that
you were experiencing.

Best wishes. As you may have gathered, I have relocated and have retired from
the field of counseling. If I can be of further assistance please contact me at
heidiigarashi@gmail.com.

Sincerely yours,

Heidi Igarashi

Heidi Igarashi
680 NW Sunvista Avenue
Corvallis, OR 97330

SALEM OR 973

05 MR 2008  PM 11 L



USA42

E3405E204

*Confidential*

Larry W. Barger
P.O. Box 52041
Idaho Falls, ID 83405

# EXHIBIT H

 Idaho National Engineering and Environmental Laboratory

December 2, 2004

L. W. Barger
2352 Saddle Court
Idaho Falls, ID 83402

TERMINATION OF EMPLOYMENT

Dear Mr. Barger:

Please be advised that, effective November 30, 2004, Bechtel BWXT Idaho, LLC accepts your voluntary resignation. In order to complete the termination process, please fill out the documents in the enclosed packet and return them in the postage paid envelope transmitted herewith.

If you have any questions regarding your pay, benefits, security access or other issues, please contact any of the following people and they will gladly assist you.

- HR General Information – Kreig Henman (208) 526-5387 (henmkr@inel.gov)
- Benefits – Donnette Scott  (208) 526-0394 (scotd@inel.gov)
- Payroll – Sheri (208) 526-1594
- Security – Lori (208) 526-2222 or Shelley (208) 526-1928

Regards,

Bernadine C. Sikorski, Ph.D.
Director, Human Resources



HASSLER

$6.03

DEC 13 2004

US POSTAGE

FIRST CLASS

011A0413001659

7004 1160 0007 2971 2553

CERTIFIED MAIL

**INEEL** Idaho National Engineering and Environmental Laboratory

P.O. Box 1625
Idaho Falls, ID 83415

242.08 • 03/2001 • Rev. 03

**MS:** 3127

**From:** HR

**TO:**

LARRY BARGER
2352 SADDLE CT
IDAHO FALLS, IDAHO 83402

EXHIBIT I

353.01A
02/20/2001
Rev.00

## HR USE ONLY - TERMINATION NOTICE
HR USE ONLY - TERMINATION NOTICE

<u>Additional Routing:</u>
CC:
    Scott Raish/RAISHS/CC01/INEEL/US@INEL, John D Edelmayer/JOND/CC01/INEEL/US@INEL
Return Receipt:  ◌ Yes ● No

| | | | | |
|---|---|---|---|---|
| S-Number: | 052084 | Name: | Barger, Larry W | Email: | BGR |
| Mail Stop: | 4205 | Work Phone: | 526-6619 | Location | WMF 601 |
| Company: | BBWI | Work Org: | 3F75 | WorK Mgr: | Sayer, Randy D |
| | | Home Org: | 7625 | Home Mgr: | Edelmayer, John D |

Submitted By: Kreig R Henman/HENMKR/CC01/INEEL/US
Creation Date:  12/07/2004 08:46 AM      Submit Date: 12/07/2004 08:50 AM

Termination Date:    11/30/2004 (mm/dd/yyyy)

☒ Full Time           ☒ Exempt           ☒ Voluntary
☐ Part Time         ☐ Non-exempt     ☐ Reduction
☐ Temporary       ☐ Bargaining Unit  ☐ Retirement
☐ Summer                               ☐ Admin. Leave
☐ Co-op                                ☐ PRT Leave
☐ AWU                                  ☐ Military Leave
                                          ☐ Corporate Transfer
                                          ☐ Other:
                                          If Other, Specify:

If Corporate Transfer, Corporate Address:  _____
                                                  _____
                                                  _____

If changing address, provide NEW address:  _____
                                                    _____
                                                  _____

Comments:

HFOB 624