IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LARRY W. BARGER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> BECHTEL BWXT IDAHO LLC, ) <br> et al., ) <br> ) <br> Defendants. ) <br> _____ ) | Civ. No. 07-0256-E-BLW <br><br> JUDGMENT |

In accordance with the Memorandum Decision filed with this Judgment,

NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the motion for summary judgment (docket no. 29) is GRANTED.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that the Clerk close this case.



DATED: **September 25, 2008**

_____
Honorable B. Lynn Winmill
Chief U. S. District Judge